**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **IN RE**: | § | **CASE NO.  15-20080** |
| | § | |
| **TERRANCE & TERESA WALTON** | § | |
| | § | |
| | § | |
| | § | |
| *Debtor* | § | **CHAPTER 7** |

---

**NOTICE OF SCHEDULE CHANGE**

---

In accordance with LBR 1007(b) 7, the attached amended schedule is filed for the following reason (check only one):

_X_   Add Creditor(s) [requires $30.00 filing fee]

____   Delete Creditor(s) [requires $30.00 filing fee]

____   Change the Amount of a Debt [requires $26.00 filing fee]

____   Change the Classification of a Debt [requires $26.00 filing fee]

____   Change Address of Creditor(s) or add an Attorney for a Creditor

____   Amendment to Schedule F - Unsecured Creditors

____   Amendment to Schedule I - Current Income of Individual Debtor(s)

____   Amendment to Schedule J - Current Expenditures of Individual Debtor(s)

____   Initial Amended Schedules due to Chapter Conversion

I, or each of us, declare under penalty of perjury that I/we he read the changes in the List of Creditors (Master Mailing List (matrix)) and to the schedules and statements as attached hereto and that they are correct to the best of my/our knowledge, information and belief.

**Date:  September 10, 2015**

**X /s/Terrance Walton_____**      **X /s/ Teresa Walton_____**
Debtor                                                  Joint Debtor

B6F (Official Form 6F) (12/07)

In re  **Terrence M. Walton**                                    Case No.  **15-20080**
       **Teresa Y. Walton**                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx8807** <br> **Ad Astra Rec** <br> **8918 W 21st St. N Suite 200** <br> **Mailbox: 112** <br> **Wichita, KS 67205** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - Speedy Cash** <br> REMARKS: | | | | $187.00 |
| ACCT #:  **78** <br> **Adkins United Finance** <br> **306 Clarksville St** <br> **Paris, TX 75460** | | C | DATE INCURRED:  **11/2009** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $215.00 |
| ACCT #:  **xxxxxx4097** <br> **Afni, Inc.** <br> **Po Box 3097** <br> **Bloomington, IL 61702** | | C | DATE INCURRED:  **12/2014** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: | | | | $1,011.00 |
| ACCT #:  **xxxxx77N1** <br> **Allied Collection Services** <br> **8550 Balboa Blvd** <br> **Suite 232** <br> **Northridge, CA 91325** | | C | DATE INCURRED:  **10/2010** <br> CONSIDERATION: <br> **Collection Attorney** <br> REMARKS: | | | | $130.00 |
| ACCT #:  **xx8598** <br> **AmerAssist/AR Solutions** <br> **455 Hutchinson Ave S** <br> **Suite 5** <br> **Columbus, OH 43235** | | C | DATE INCURRED:  **09/2011** <br> CONSIDERATION: <br> **Collecting for - Medical Bill** <br> REMARKS: | | | | $232.00 |
| ACCT #:  **xxxx7525** <br> **Capio Partners Llc** <br> **Attn: Bankruptcy** <br> **2222 Texoma Pkwy  Ste 150** <br> **Sherman, TX 75090** | | C | DATE INCURRED:  **12/2014** <br> CONSIDERATION: <br> **Collecting for - Camp Emergency** <br> REMARKS: | | | | $1,362.00 |

Subtotal >      **$3,137.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

_____**4**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Terrence M. Walton**                                           Case No.   **15-20080**
     **Teresa Y. Walton**                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Cc Waco/Financial Control Services**<br>**6801 Sanger Ave**<br>**Suite 195**<br>**Waco, TX 76702** | | C | DATE INCURRED: **12/2012**<br>CONSIDERATION:<br>**Collecting for - Titus Regional**<br>REMARKS: | | | | **$2,638.00** |
| ACCT #:<br>**Central Credit Services, Inc.**<br>**20 Corporate Hills Dr.**<br>**St. Charles< MO  63301** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$893.00** |
| ACCT #:<br>**CMI Credit**<br>**4200 International Parkway**<br>**Carrollton, TX  75007-1906** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$82.00** |
| ACCT #:<br>**Covington Credit**<br>**109 W. 3rd**<br>**Mt. Pleasant, TX  75455** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$800.00** |
| ACCT #:   **xxxx2908**<br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | C | DATE INCURRED: **03/2013**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$82.00** |
| ACCT #:   **xxxxxxxxxxxxxxxxxxx0104**<br>**Dept Of Ed/navient**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | | C | DATE INCURRED: **01/2013**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**1**_____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                 **Subtotal >**       **$4,495.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrence M. Walton**                                    Case No.   **15-20080**
       **Teresa Y. Walton**                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx0040**<br>**East Texas Professional CU**<br>**Bankruptcy Dept**<br>**PO Box 6750**<br>**Longview, TX 75608** | | C | DATE INCURRED:  **07/2008**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$369.00** |
| ACCT #:  **xxxxxxxxx7200**<br>**Eastman Credit Union**<br>**Attn:  Asset Recovery**<br>**PO Box 1989**<br>**Kingsport, TN 37662** | | C | DATE INCURRED:  **03/2013**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$134.00** |
| ACCT #:<br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | C | DATE INCURRED:  **12/2014**<br>CONSIDERATION:<br>**Collecting for - Dish ATT and Tmobile**<br>REMARKS: | | | | **$793.00** |
| ACCT #:  **xxxxxxxxx1107**<br>**First National Bank**<br>**201 N Wood St**<br>**Gilmer, TX 75644** | | C | DATE INCURRED:  **11/2007**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx4677**<br>**Integrity Solution Svc**<br>**20 Corporate Hills Dr**<br>**Saint Charles, MO 63301** | | C | DATE INCURRED:  **02/2015**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$893.00** |
| ACCT #:<br>**Kelley & Smith**<br>**4305 Yoakum Blvd**<br>**Houston, TX  77006** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          **$2,189.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Terrence M. Walton**                                    Case No.  **15-20080**
       **Teresa Y. Walton**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx1883**<br>**Kohls/capone**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | C | DATE INCURRED:  **05/2013**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$478.00** |
| ACCT #:<br>**Law Office of Mitchell Bluhm**<br>**222 Texoma Pkwy, Ste. 160**<br>**Sherman, TX  75091** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx4045**<br>**Mci**<br>**CAS Dept**<br>**500 Technology Dr**<br>**Weldon springs, MO 63304** | | C | DATE INCURRED:  **02/2012**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$281.00** |
| ACCT #:  **xxx6786**<br>**Merchants&professional**<br>**11921 North Mopac**<br>**Austin, TX 78714** | | C | DATE INCURRED:  **12/2013**<br>CONSIDERATION:<br>**Collecting for - Tyler Radiology**<br>REMARKS: | | | | **$507.00** |
| ACCT #:  **xxxxxx2870**<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:  **01/2012**<br>CONSIDERATION:<br>**Collecting for - TMobile**<br>REMARKS: | | | | **$927.00** |
| ACCT #:<br>**Nationwide Recovery**<br>**4635 Mcewen Rd**<br>**Dallas, TX 75244** | | C | DATE INCURRED:  **10/2013**<br>CONSIDERATION:<br>**Collecting for - GSMC**<br>REMARKS: | | | | **$513.00** |

Sheet no. _____3_____ of _____4_____ continuation sheets attached to          **Subtotal >**      **$2,706.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Terrence M. Walton**                               Case No.   **15-20080**
        **Teresa Y. Walton**                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx8463**<br>**Receivable Recovery Se**<br>**Po Box 7100**<br>**Metairie, LA 70010** | | C | DATE INCURRED: **09/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxx7204**<br>**Receivables Management**<br>**14675 Martin Dr**<br>**Eden Prairie, MN 55344** | | C | DATE INCURRED: **11/2013**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$32.00** |
| ACCT #: **xxxxx2401**<br>**Regional Acceptance Co**<br>**1420 E Fire Tower Rd Ste**<br>**Greenville, NC 27858** | | C | DATE INCURRED: **02/2012**<br>CONSIDERATION:<br>**Unsecured Deficiency**<br>REMARKS: | | | | **$11,966.00** |
| ACCT #:<br>**The Hartford Financial Services Group**<br>**One Hartford Plaza**<br>**Hartford, CT  06155** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxx0001**<br>**Verizon**<br>**500 Technology Dr**<br>**Ste 550**<br>**Weldon Spring, MO 63304** | | C | DATE INCURRED: **01/2013**<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$2,243.00** |
| | | | | | | | |

Sheet no. ____**4**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | **$14,241.00** |
| **Total >**<br>**(Use only on last page of the completed Schedule F.)**<br>**(Report also on Summary of Schedules and, if applicable, on the**<br>**Statistical Summary of Certain Liabilities and Related Data.)** | **$26,768.00** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Terrence M. Walton**                                                                      Case No.  **15-20080**
       **Teresa Y. Walton**                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**7**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **9/10/2015**_____                Signature  **/s/ Terrence M. Walton**_____
                                                                         **Terrence M. Walton**


Date **9/10/2015**_____                Signature  **/s/ Teresa Y. Walton**_____
                                                                         **Teresa Y. Walton**

                                                                         [If joint case, both spouses must sign.]

_____
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

IN RE:   **Terrence M. Walton**                                                    CASE NO   **15-20080**
        **Teresa Y. Walton**

                                                     CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  9/10/2015                                 Signature  **/s/ Terrence M. Walton**
                                                                          *Terrence M. Walton*


Date  9/10/2015                                 Signature  **/s/ Teresa Y. Walton**
                                                                          *Teresa Y. Walton*

**The Hartford Financial Services Group**
**One Hartford Plaza**
**Hartford, CT  06155**

**Kelley & Smith**
**4305 Yoakum Blvd**
**Houston, TX  77006**

**Covington Credit**
**109 W. 3rd**
**Mt. Pleasant, TX  75455**

## **Certificate of Service**

I hereby certify that a true and correct copy of the foregoing amendments to Schedule F was served upon the following parties of interest:

**Michael McNally, Chapter 7 Trustee**
**100 E. Ferguson, Ste. 400**
**Tyler, Texas  75702**

**Terrance & Teresa Walton**
**132 CR 2218**
**Pittsburg, Texas  75686**

and all the parties on the attached matrix.

DATED:      September 10, 2015

/s/ Rodney S. Scott
**Rodney S. Scott**

Label Matrix for local noticing
0540-2
Case 15-20080
Eastern District of Texas
Marshall
Thu Sep 10 12:24:05 CDT 2015

Ad Astra Rec
8918 W 21st St. N Suite 200
Mailbox: 112
Wichita, KS 67205-1880

Adkins United Finance
306 Clarksville St
Paris, TX 75460-5932

Afni, Inc.
Po Box 3097
Bloomington, IL 61702-3097

Allied Collection Services
8550 Balboa Blvd
Suite 232
Northridge, CA 91325-5806

AmerAssist/AR Solutions
455 Hutchinson Ave S
Suite 5
Columbus, OH 43235-5656

Attorney General of Texas
Taxation Division-Bankruptcy
Box 12548, Capitol Station
Austin, Texas 78711-2548

CMI Credit
4200 International Parkway
Carrollton, TX 75007-1930

Capio Partners Llc
Attn: Bankruptcy
2222 Texoma Pkwy  Ste 150
Sherman, TX 75090-2481

Cc Waco/Financial Control Services
6801 Sanger Ave
Suite 195
Waco, TX 76710-7804

Central Credit Services, Inc.
20 Corporate Hills Dr.
St. Charles< MO 63301-3749

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007-1912

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773-9635

Dept. of Just.\US Atty Gen
Main Justice Bldg.\10th and
Constitutional Ave. NW
Washington, DC 20530-0001

(p)EAST TEXAS PROFESSIONAL CREDIT UNION
ATTN KELLY EVANS
COLLECTION DEPARTMENT
PO BOX 6750
LONGVIEW TX 75608-6750

Eastman Credit Union
Attn:  Asset Recovery
PO Box 1989
Kingsport, TN 37662-1989

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256-7412

(c)FIRST NATIONAL BANK
206 US HIGHWAY 271 N
GILMER TX  75644-5564

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Integrity Solution Svc
20 Corporate Hills Dr
Saint Charles, MO 63301-3749

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Law Office of Mitchell Bluhm
222 Texoma Pkwy, Ste. 160
Sherman, TX  75091

Michael McNally
100 E. Ferguson, Suite 400
Tyler, TX 75702-5758

Mci
CAS Dept
500 Technology Dr
Weldon springs, MO 63304-2225

Merchants&professional
11921 North Mopac
Austin, TX 78759-3552

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Nationwide Recovery
4635 Mcewen Rd
Dallas, TX 75244-5308

Receivable Recovery Se
Po Box 7100
Metairie, LA 70010-7100

Receivables Management
14675 Martin Dr
Eden Prairie, MN 55344-2004

Regional Acceptance Co
1420 E Fire Tower Rd Ste
Greenville, NC 27858-4139

Beverly Cahill Rice
The Sundmaker Firm
3131 McKinney Avenue, Suite 600
Dallas, TX 75204-2456

Santander Consumer USA Inc.
The Sundmaker Firm
336 Lafayette St.
Suite 100
New Orleans, LA 70130-3287

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

Rodney S. Scott
P. O. Box 3345
509 North Second Street
Longview, TX 75601-6439

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
909 E. Southeast Loop 323, Ste. 640
Tyler, TX 75701-0427

Texas Workforce Commission
T.E.C. Bldg.-Tax Department
Austin, TX 78778-0001

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U.S. Atty.\Eastern Dist. of TX
Nations Bank Tower
110 N. College St. Ste#700
Tyler, TX 75702-7237

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Verizon
500 Technology Dr
Ste 550
Weldon Spring, MO 63304-2225

Teresa Y. Walton
132 CR 2218
Pittsburg, TX 75686-3842

Terrence M. Walton
132 CR 2218
Pittsburg, TX 75686-3842

Westlake Financial Svc
4751 Wilshire Blvd Suite 100
Los Angeles, CA 90010-3847

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

East Texas Professional CU
Bankruptcy Dept
PO Box 6750
Longview, TX 75608

IRS Special Procedures
Code 5020 DAL
1100 Commerce
Dallas, TX 75242

State Comptroller of Public Accts.
Capitol Station
Austin, TX 78774

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

First National Bank
201 N Wood St
Gilmer, TX 75644

End of Label Matrix
Mailable recipients    43
Bypassed recipients     0
Total                  43